1  Robert A. Latham III, Bar No. 125081
   rlatham@archernorris.com
2  ARCHER NORRIS, A Professional Law Corporation
   333 South Grand Avenue, Suite 1700
3  Los Angeles, California 90071-1540
   t:213.437.4000/f:213.437.4011
4
   Limor Lehavi, Bar No. 189054
5  llehavi@archernorris.com
   ARCHER NORRIS, A Professional Law Corporation
6  4695 MacArthur Court, Suite 350
   Newport Beach, California 92660-8816
7  t:949.975.8200/f:949.975.8210
8  for Plaintiff TITAN INDEMNITY COMPANY
9

10           THE UNITED STATED DISTRICT COURT

11     FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12

13  Titan Indemnity Company, a Texas          NO.    SACV12-807 JST(RNBx)
    corporation,
14                                            COMPLAINT FOR DECLARATORY JUDGMENT
                    Plaintiff,
15
         v.
16
    Walter L. Eaton, Jr., an individual,
17
                    Defendant.
18

19

20                 NATURE OF THIS CIVIL ACTION

21       1. Plaintiff Titan Indemnity Company (Titan Indemnity) is seeking a declaratory judgment

22  under *28 U.S.C. §2201* over the following dispute over underinsured motorist (UIM) insurance

23  coverage that it issued to Defendant Walter L. Eaton (Mr. Eaton), its insured.

24

25                 PARTIES, JURISDICTION, AND VENUE

26       2. Incorporated there, Titan Indemnity is a Texas corporation, which is licensed and

27  authorized to engage in the business of insurance in California, and was so licensed, authorized,

28  and engaged at all pertinent times.

---

COPY

3. Individual defendant Mr. Eaton is a California citizen, residing in Anaheim, California.

4. Mr. Eaton seeks the $725,000.00 limits of his UIM coverage that Titan Indemnity issued on his 1998 Ford truck.

5. Under *28 U.S.C. §1332(a)* and *§1332(c)(1)*, the Court has original jurisdiction of this cause, as complete diversity of citizenship exists between Titan Indemnity and Mr. Eaton, as they are citizens of different states of the United States of America, and the amount in controversy of $725,000.00 exceeds the statutory, jurisdictional threshold of $75,000.00.

6. Venue lies under *28 U.S.C. §1391(a)(1)*, as defendant Mr. Eaton resides in Anaheim, a city within this District and, more particularly, within its Southern Division in Santa Ana, and venue also lies also under *28 U.S.C. §1391(a)(2)*, as this insurance dispute over his UIM coverage has arisen here or, again, within this Court's Southern Division in Santa Ana.

**THE SUBJECT UIM INSURANCE COVERAGE**

7. Titan Indemnity issued the subject UIM coverage on Mr. Eaton's truck in the attached *California Uninsured Motorists Coverage Bodily Injury Endorsement*, Form CA92CVE3510207, provided in Exhibit A and incorporated herein by reference.

8. The preamble to this UIM coverage reads that the coverage is: "For a **covered auto** licensed or principally garaged in or **garage operations** conducted in California [and] modifies insurance provide under the following **BUSINESS AUTO COVERAGE FORM**." [Original boldface.]

9. The UIM coverage defines **insured** as: "1. An individual, then the following are **insureds**: a. The Named Insured and any **relatives**. b. *Anyone else occupying* a **covered auto** or a temporary substitute for a **covered auto**. The **covered auto** must also be out of service because of a breakdown, repair, servicing, **loss** or destruction. [Boldface original; bold italics added.]

2

1      10. The UIM coverage defines **occupying** to mean: "in, upon, getting in, on, out or off."

2   [Original boldface.]

3

4      11. The UIM coverage also provides that: "If **we** and an **insured** disagree whether the

5   **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor**

6   **vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, the

7   disagreement will be settled by arbitration. \*\*\* ***However, disputes concerning coverage under***

8   ***this endorsement may not be arbitrated.***" [Boldface original; bold italics added.]

9

10              **THE CONTROLLING CALIFORNIA INSURANCE STATUTE**

11      12. California *Insurance Code* section 11580.2(b) permits the foregoing contract

12   definition of **occupying**, as it reads: "[A]s used in subdivision (a), if the named insured is an

13   individual, "insured" means the named insured ... while [an occupant] of a motor vehicle ... while

14   in or upon or entering into or alighting from an insured motor vehicle."

15

16      13. California *Insurance Code* section 11580.2(g) authorizes arbitration of UIM claims

17   except for disputes over coverage.

18

19                 **MR. EATON'S UNDERLYING UIM CLAIM**

20      14. On December 15, 2009, Mr. Eaton was a pedestrian, crossing outside crosswalks,

21   across Cherry Avenue in Long Beach, California, south of its intersection with Artesia Boulevard,

22   when he impacted a motor vehicle owned and operated by non-party Donna Calloway.

23

24      15. Mr. Eaton was not then in, upon, getting in, entering into or on, on, getting out of, or

25   alighting from his 1998 Ford truck, the vehicle Titan Indemnity insured under his UIM coverage.

26

27      16. Mr. Eaton claimed to have sustained bodily injuries from that impact and that Ms.

28   Calloway was liable to him for all his losses from those bodily injuries.

3

17. Mr. Eaton also submitted a claim with Titan Indemnity under his UIM coverage issued on 1998 Ford truck, which was stayed pending the outcome of his claim against Ms. Calloway.

18. The outcome was that Ms. Calloway's insurer paid Mr. Eaton her $25,000.00 insurance limits to settle his claims against her on his impact with her vehicle on December 15, 2009, in Long Beach, California.

## COUNT 1

### MR. EATON'S UIM COVERAGE DOES NOT COVER HIM AS A PEDESTRIAN

19. Paragraphs 1 through 18 are realleged.

20. Mr. Eaton has demanded the $725,000.00 limits of his UIM coverage with Titan Indemnity as additional compensation for the impact.

21. Titan Indemnity denies that Mr. Eaton's UIM coverage covers him, as a pedestrian, and not, as his UIM coverage requires and California *Insurance Code* 11580.2(b) permits, in, upon, getting in, entering into or on, on, getting out of, or alighting from his insured vehicle.

22. Titan Indemnity and Mr. Eaton have agreed in the subject UIM coverage to litigate their rights and obligations thereunder, and neither has any other plain, speedy, or adequate remedy at law other than this action for declaratory judgment, so an actual controversy exists

WHEREFORE, Titan Indemnity requests:

1. Entry of final judgment in its favor under *28 U.S.C. §2201* on the legal issue that Mr. Eaton's UIM coverage does not cover him for the impact on December 15, 2009, because the undisputed and uncontrovertible fact is that he was a pedestrian at the time, and not in, upon, getting in, entering into or on, on, getting out of, or alighting from the vehicle it insured; and:

4

2. Recovery of all its costs, allowable under Rule 54 of the *Federal Rules of Civil Procedure, 28 U.S.C. §1920,* and as otherwise permitted by the Court.

Dated: May 17, 2012

ARCHER NORRIS A Professional Law Corporation

Robert A. Latham III
for TITAN INDEMNITY COMPANY

**Exhibit A**

**Victoria INSURANCE**

Underwritten by
TITAN INDEMNITY COMPANY
5915 Landerbrook Drive Cleveland, Ohio 44124-405
1-800-888-8424

## NEW — BUSINESS AUTO COVERAGE FORM DECLARATIONS

### ITEM ONE

NAMED INSURED

EATON, WALTER
942 W VALENCIA MESA DR
FULLERTON CA 92835

BROKER (714-255-5650)

ALL COUNTY INSURANCE SVCS INC
VICTORIA INSURANCE AGENCY (MGA)
400 W LAMBERT RD #E
BREA CA 92821

**THE PREMIUM INDICATED IS FOR THIS POLICY. AT EACH RENEWAL, THE PREMIUM WILL BE COMPUTED IN ACCORDANCE WITH OUR RATES FILED WITH THE DEPARTMENT OF INSURANCE.**

FORM OF BUSINESS: Individual/Sole Proprietor

| POLICY NUMBER | COVERAGE PERIOD | BILL PLAN |
|---|---|---|
| 8652505 | 9/21/2009 AT 3:02 PM UNTIL 9/21/2010 12:01 AM | 12 MO 10.00% DP 11 IN EFT |

### ITEM TWO
### SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a CHARGE is shown in the premium column below. Each of these coverages will apply only to those **autos** shown as covered **autos**. **Autos** are shown as covered **autos** for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY (BODILY INJURY & PROPERTY DAMAGE) | 7 | $750,000 CSL EA ACC | $2,719.00 |
| AUTO MEDICAL PAYMENTS | | | $.00 |
| UNINSURED/UNDERINSURED MOTORISTS COVERAGE BODILY INJURY | 7 | $750,000 SL EA ACC | $112.00 |
| UNINSURED MOTORISTS PROPERTY DAMAGE COVERAGE | | | $.00 |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7 | See Schedule of Covered Autos for Vehicle Limits. | $129.00 |
| PHYSICAL DAMAGE FIRE & THEFT -W- CAC | | See Schedule of Covered Autos for Stated Amount and Deductible. | $.00 |
| PHYSICAL DAMAGE COLLISION COVERAGE | 7 | See Schedule of Covered Autos for Stated Amount and Deductible. | $394.00 |
| ON HOOK COVERAGE | 7 | See Schedule of Covered Autos for Limit and Deductible. | $252.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| WAIVERS & ADDITIONAL INSURED | | | $.00 |
| FEES | | | $.00 |
| | | TOTAL TERM PREMIUM & FEES | $3,606.00 |
| | | CHANGE THIS TRANSACTION | $.00 |

Your Premium has been discounted by the following:

Countersigned by

FORM NUMBER
CA92CVC5000207

File Copy

VI-CF-0041

ENDORSEMENTS ATTACHED TO THIS    ƐRAGE FORM:

| | |
|---|---|
| CA92CVC5000207 | CA92CVM7000207 |
| CA92CVC5750207 | CA92CVE2000207 |
| CA92CVE2250207 | CA92CVE2300207 |
| CA92CVE2450207 | CA92CVE2910207 |
| CA92CVE3760207 | CA92CVE3770207 |
| CA92CVE4010207 | CA92CVP1000207 |
| CA92CVE2510207 | CA92CVE3510207 |

```
HIRED AUTO: Rate Per $100 Cost of Hire:    $.000     Estimated Cost of Hire:
EMPLOYERS NONOWNERSHIP LIABILITY:                    Number of Employees:
```

LOSS PAYEE SCHEDULE:
A "Loss Payee Endorsement" has been issued naming the following entities:

| Veh # | Name | Address | City/State | Zip | Date Added |
|---|---|---|---|---|---|

ADDITIONAL INSURED SCHEDULE:
An "Additional Insured Endorsement"  has been issued naming the following entities:

| Name | Address | City/State | Zip | Date Added |
|---|---|---|---|---|

ADDITIONAL INSURED LESSOR SCHEDULE:
An "Additional Insured Lessor Endorsement" has been issued naming the following entities:

| Veh # | Name | Address | City/State | Zip | Date Added |
|---|---|---|---|---|---|

WAIVER OF SUBROGATION SCHEDULE:
A "Waiver of Subrogation" has been issued naming the following entities:

| Name | Address | City/State | Zip | Date Added |
|---|---|---|---|---|

VI-CF-0042

## NEW    BUSINESS AUTO COVERAGE FORM DECLARATIONS

(714-255-5650)

EATON, WALTER
942 W VALENCIA MESA DR
FULLERTON  CA  92835

ALL COUNTY INSURANCE SVCS INC
VICTORIA INSURANCE AGENCY (MGA)
400 W LAMBERT RD #E
BREA  CA  92821

ITEM THREE

### DRIVER SCHEDULE

| DVR # | DRIVER NAME | LICENSE | DOB | MAR STAT | PENALTY POINTS | DVR FAC | SR22 |
|-------|-------------|---------|-----|----------|----------------|---------|------|
| 1 | EATON JR, WALTER L | N7002518 | 12/12/60 | M | | 1.0000 | N |

FORM NUMBER
CA92CVC5000207

File Copy

VI-CF-0043

SCHEDULE OF COVERED AUTOS

| VEH # | DRV # | YR | TRADE NAME | BODY TYPE | BODY CLASS | SUB CLASS | VIN# | CLASS /SYM | TER # | RADIUS | D/S CODE(S) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1998 | FORD | TRUCK | CAR CARRIE | <= 26K GVW | 1FDNF80C5WVA09636 | H18 | 047 | 50 | |

LIABILITY PREMIUM BY AUTO

| VEH # | LIABILITY | MEDPAY | UM/UIM | UM/PD |
|---|---|---|---|---|
| 1 | $2,719.00 | $.00 | $112.00 | $.00 |

PHYSICAL DAMAGE PREMIUM BY AUTO

| VEH # | STATED AMT | ----- COMP or FT/CAC ------ TYPE | DED | PREMIUM | ---- COLLISION ---- DED | PREMIUM | -------- ON-HOOK --------- LIMIT | DED | PREMIUM | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $20,000.00 | COMP | 1000 | $129.00 | 1000_W | $394.00 | 50000 | 500 | $252.00 | $3,606.00 |

VI-CF-0044

**CALIFORNIA ENDORSEMENT PACKAGE**

**TABLE OF CONTENTS**

California Amendatory Endorsement ........................... 1

California Cancellation and Renewal ........................ 2

California Uninsured Motorists Coverage -
Bodily Injury ................................................................. 5

California Uninsured Motorists Coverage -
Property Damage ....................................................... 12

Individual Named Insured Drive Other Car
Coverage Endorsement ............................................. 15

California Changes -
Waiver of Collision Deductible .................................. 17

California Auto Medical Payments Coverage .......... 19

Exclusion of Certified Acts of Terrorism; and
Other Nuclear, Biological or Chemical Acts
of Terrorism ............................................................... 21

Hired Auto Coverage ................................................ 23

Nonownership Liability .............................................. 24

Nuclear Energy Liability Exclusion
Endorsement ............................................................. 24

On-Hook Towing Endorsement ................................. 27

Radius - Limitation of Use ........................................ 29

Common Policy Conditions ....................................... 29

Wrong Delivery of Liquid Products ........................... 31

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

VI-CF-0077

### CALIFORNIA UNINSURED MOTORISTS COVERAGE - BODILY INJURY (CA92CVE3510207)

For a **covered auto** licensed or principally garaged in or **garage operations** conducted in California this **endorsement** modifies insurance provided under the following:

### BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this **endorsement**, the provisions of the Coverage Form apply unless modified by the **endorsement**.

A.   **Coverage**

    1.   **We** will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

    2.   **We** will pay only after the Limits of Liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

    3.   Any judgment for damages arising out of a **suit** brought without **our** written consent is not binding on **us**.

B.   **Who Is An Insured**

If the Named Insured is designated in the Declarations as:

    1.   An individual, then the following are **insureds**:

       a.   The Named Insured and any **relatives**.

       b.   Anyone else **occupying a covered auto** or a temporary substitute for a **covered auto**. The **covered auto** must be out of service

5

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

VI-CF-0082

because of its breakdown, repair, servicing, **loss** or destruction.

   c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a.  Anyone **occupying** a **covered auto** or a temporary substitute for a **covered auto**. The **covered auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

C.  **Exclusions**

This insurance does not apply to any of the following:

1.  Punitive or exemplary damages.

2.  Any claim settled without **our** consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**.

3.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a **state** or its political subdivisions.

4.  **Bodily injury** sustained by:

   a.  An individual Named Insured while **occupying** or when struck by any vehicle owned by that Named Insured that is not a **covered auto** for Uninsured Motorists Coverage under this Coverage Form;

   b.  Any **relative** while **occupying** or when struck by any vehicle owned by that **relative** that is not a **covered auto** for Uninsured Motorists Coverage under this Coverage Form; or

   c.  Any **relative** while **occupying** or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

However, Exclusion 4. shall not apply to **bodily injury** sustained by an individual Named Insured or **relative** when struck by a vehicle owned by that **insured** and operated or caused to be operated by a person without that **insured's** consent in

6

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

connection with criminal activity that has been documented in a police report and to which that **insured** is not a party to.

5. **Bodily injury** sustained by an individual Named Insured or any **relative** while **occupying** any vehicle leased by that Named Insured or any **relative** under a written contract for a period of 6 months or more that is not a **covered auto**.

6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

7. **Bodily injury** sustained by an **insured** while **occupying** any **auto** that is rented or leased to that **insured** for use as a public or livery conveyance. However, this exclusion does not apply if the **insured** is in the business of providing public or livery conveyance.

8. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. **Limit Of Insurance**

1. Regardless of the number of **covered autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most **we** will pay for all damages resulting from any one **accident** is the Limit of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. For a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**, **our** Limit of Insurance shall be reduced by all sums paid because of **bodily injury** by or for anyone who is legally responsible, including all sums paid or payable under this Policy's Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this Coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   **We** will not make a duplicate payment under this Coverage for any element of **loss** for which payment

7

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

has been made by or for anyone who is legally responsible.

**We** will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

E.   **Changes In Conditions**

The **Conditions** are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

1.   **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a.   Promptly notify the police if a hit-and-run driver is involved; and

   b.   Send **us** copies of the legal papers if a **suit** is brought. In addition, a person seeking coverage under Paragraph b. of the definition of **uninsured motor vehicle** must:

      (1)   Provide **us** with a copy of the complaint by personal service or certified mail if the **insured** brings an action against the owner or operator of such **uninsured motor vehicle;**

      (2)   Within a reasonable time, make all pleadings and depositions available for copying by **us** or furnish **us** copies at **our** expense; and

      (3)   Provide **us** with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

2.   **Legal Action Against Us** is replaced by the following:

   No legal action may be brought against **us** under this Coverage Form until there has been full compliance with all the terms of this Coverage Form and with respect to Paragraphs a., c. and d. of the definition of **uninsured motor vehicle** unless within two years from the date of the **accident:**

   a.   Agreement as to the amount due under this insurance has been concluded;

   b.   The **insured** has formally instituted arbitration proceedings against **us.** In the event that the **insured** decides to arbitrate, the **insured** must formally begin arbitration proceedings by notifying **us** in writing, sent by certified mail, return receipt requested; or

8

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

    c.   **Suit** for **bodily injury** has been filed against the uninsured motorist in a court of competent jurisdiction.

Written notice of the **suit** must be given to **us** within a reasonable time after the **insured** knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the **accident**. Failure of the **insured** or his or her representative to give **us** such notice of the **suit** will relieve **us** of **our** obligations under this Coverage Form only if the failure to give notice prejudices **our** rights.

3.   **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

    a.   With respect to Paragraphs a., c. and d. of the definition of **uninsured motor vehicle**, if **we** make any payment, **we** are entitled to recover what **we** paid from other parties. Any person to or for whom **we** make payment must transfer to **us** his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

    b.   With respect to Paragraph b. of the definition of **uninsured motor vehicle**, if **we** make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for **us** and pay **us** back the amount **we** have paid.

4.   **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

    a.   The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

    b.   Any insurance **we** provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured

9

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

motorists insurance providing coverage on a primary basis.

    c.    If the coverage under this Coverage Form is provided:

        (1)    On a primary basis, **we** will pay only **our** share of the **loss** that must be paid under insurance providing coverage on a primary basis. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits of liability for coverage on a primary basis.

        (2)    On an excess basis **we** will pay only **our** share of the **loss** that must be paid under insurance providing coverage on an excess basis. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits of liability for coverage on an excess basis.

    5.    The following Condition is added:

**ARBITRATION**

    a.    If **we** and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, the disagreement will be settled by arbitration.

        Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this **endorsement** may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

    b.    Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

F.    **Additional Definitions**

The following are added to the **Definitions** Section:

    1.    **Relative** means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under

**10**

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

California law, who is a resident of such Named Insured's household, including a ward or foster child.

2. **Occupying** means in, upon, getting in, on, out or off.

3. **Uninsured motor vehicle** means a land motor vehicle or trailer:

    a. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a **covered auto** is principally garaged;

    b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a **covered auto** is principally garaged but that sum is less than the Limit of Insurance for this coverage;

    c. For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

    d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an **insured**, a **covered auto** or a vehicle an **insured** is **occupying**; or

    e. That is owned by an individual Named Insured or **relative** and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, **uninsured motor vehicle** does not include any vehicle:

    a. Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

    b. Owned by a governmental unit or agency; or

    c. Designed or modified for use primarily off public roads while not on public roads.

11

*Includes copyrighted material of Insurance Services Offices, Inc., with its permission

VI-CF-0088

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV12- 807 JST (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Robert A. Latham III (Bar No. 125081)
Limor Lehavi (Bar No. 189054)
Archer Norris
333 South Grand Avenue
Suite 1700
Los Angeles, CA 90071-1540
213.437.4000/213.437.4011 Fax
Attorneys for Plaintiff Titan Indemnity Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Titan Indemnity Company, a Texas corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Walter L. Eaton, Jr., an individual,<br><br>DEFENDANT(S). | **SACV12-807 JST(RNBx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, ARCHER NORRIS, whose address is 333 South Grand Avenue, Suite 1700 Los Angeles, CA 90071-1540. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____5-18-12_____

By: _____NANCY INTERIANO_____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                            SUMMONS



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Titan Indemnity Company, a Texas corporation | Walter L. Eaton, Jr., an individual |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert A. Latham III (Bar No. 125081)<br>Limor Lehavi (Bar No. 189054)<br>Archer Norris, A Professional Law Corporation<br>333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071<br>t.213.437.4000/f.213.437.4011 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** 0.00 ($725,000 at issue).

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory judgment: 28 U.S.C. §2201 (underinsurance motorist insurance coverage dispute); diversity: 28 U.S.C. §1332(a) and §1332(c)(1).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number:   **SACV12-807 JST(RNBx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): not applicable.

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): not applicable.

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Titan Indemnity Company: State of Texas. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Walter L. Eaton, Jr.: Orange County, California. | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California. | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _(signature)_ Date May 17, 2012
Robert A. Latham III

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com